IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Tonte Barney, <br><br> Defendant(s). | Case No. 17-cr-309 <br> Judge Sara L. Ellis |

## ORDER

(T:10) Telephone conference held. Emergency motion to quash and recall warrant [106] is granted. It is hereby ordered that the warrant issued on 11/2/2022 is quashed and detainer lifted. Rule to show cause hearing set for 11/10/2022 at 9:30 a.m. The parties shall appear in person.

Date: 11/3/2022

Sara L. Ellis, U.S. District Court Judge